

**DLA PIPER** LLP (US)
1251 Avenue of the Americas, 27h Floor
New York, New York  10020-1104
www.dlapiper.com

Cary B. Samowitz
cary.samowitz@dlapiper.com
T  212.335.4659
F  212.884.8459

March 26, 2015

*VIA E-MAIL*

Katherine Polk Failla
United States District Judge
40 Foley Square, Room 2103
New York, NY 10007

Re: *Car Charging Group, Inc., et al. v. Gerzanych, et al.,* **Index No. 13 Civ. 8755 (KPF)**

Dear Judge Failla,

My firm represents the Defendants in the above-captioned matter.  I write pursuant to Your Honor's Individual Rule 2.E. to respectfully request an extension of the dates contained in Your Honor's Order, dated February 24, 2015, setting forth the dates for the filings on Defendants' Motion to Dismiss.

The current filing dates are:  Defendants' motion due no later than March 27, 2015; Plaintiffs' opposition due no later than April 27, 2015; and Defendants' reply due no later than May 11, 2015.

The proposed new dates are: Defendants' motion due no later than April 3, 2015; Plaintiffs' opposition due no later than May 11, 2015; and Defendants' reply due no later than May 25, 2015.

This is the first request for an extension of time.  The reason for this request is that Defendants' counsel has faced unexpected scheduling issues related to this and other matters and so needs an additional week to file the motion; the opposition and reply dates are being adjusted for two weeks to take account of the upcoming religious holidays.

Plaintiffs' counsel has kindly agreed to this request.

Respectfully submitted,

*Cary B. Samowitz*

Cary B. Samowitz