UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                                    :

CAR CHARGING GROUP, INC.              :
CAR CHARGING, INC., 350 HOLDINGS LLC  :
and 350 GREEN, LLC,                    :
                                                    :        No. 1:13-cv-08755-KPF
            Plaintiff,                        :

      v.                                                 :

MARIANA V. GERZANYCH and             :
TIMOTHY L. MASON,                         :

            Defendants.                     :
------------------------------------- X

**DEFENDANTS' NOTICE OF MOTION TO DISMISS
PURSUANT TO RULE 12(B)(6)**

 

**DLA PIPER LLP (US)**
Cary Samowitz
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500
cary.samowitz@dlapiper.com

Frank T. Pepler
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
(415) 836-2500
frank.pepler@dlapiper.com
*Admitted Pro Hac*

*Attorneys for Defendants*

April 3, 2015

PLEASE TAKE NOTICE that upon the annexed declaration of Mariana Gerzanych and the exhibits attached thereto, and the accompanying Memorandum of Law, Defendants Mariana V. Gerzanych and Timothy L. Mason will move this Court before the Honorable Katherine Polk Failla, United States District Judge, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Mariana V. Gerzanych's and Timothy L. Mason's Motion to Dismiss Plaintiffs' Amended Complaint with prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 3, 2015

Respectfully submitted,

By: /s/ Cary Samowitz
Cary Samowitz
Frank Pepler

DLA PIPER LLP (US)
Cary Samowitz
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Attorneys for the Defendants
Mariana V. Gerzanych
and Timothy L. Mason*